IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02323-AP

ILEXIS FORMAN,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1. **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

   For Plaintiff:

   Robert C. Dawes
   Attorney for Plaintiff
   DAWES AND HARRISS, LLC.
   450 S. Camino del Rio, Suite 201
   Durango, CO 81301
   970-247-4411 ex.3
   rcd@dawesandharriss.com

   For Defendant:

   JOHN F. WALSH
   United States Attorney
   WILLIAM G. PHARO
   Assistant United States Attorney
   United States Attorney's Office
   District of Colorado
   Telephone: (303) 454-0184
   william.pharo@usdoj.gov

   NADIA N. SULLIVAN
   Special Assistant U. S. Attorney
   nadia.sullivan@ssa.gov
   Office of the General Counsel
   Social Security Administration
   1001 Seventeenth Street
   Denver, CO 80202
   Telephone: (303) 844-1949

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** September 21, 2010.
   B. **Date Complaint Was Served on U.S. Attorney's Office:** September 21, 2010.
   C. **Date Answer and Administrative Record Were Filed:** December 6, 2010.

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   **Plaintiff states:** To the best of his knowledge, the record is complete.
   **Defendant states:** To the best of his knowledge, the record is complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   **Plaintiff states:** None anticipated.
   **Defendant states:** None anticipated.

6. **STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7. **OTHER MATTERS**

   None.

8. **PROPOSED BRIEFING SCHEDULE**

   A. **Plaintiffs Opening Brief Due:** February 7, 2011.
   B. **Defendant's Response Brief Due:** March 9, 2011.
   C. **Plaintiffs Reply Brief (If Any) Due:** March 24, 2011.

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
   B. **Defendant's Statement:** Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 4th day of January, 2011.

                    BY THE COURT:

                    _____
                    U.S. DISTRICT COURT JUDGE

| APPROVED: | |
|---|---|
| Robert C. Dawes<br>Attorney for Plaintiff<br>DAWES AND HARRISS, LLC.<br>450 S. Camino del Rio, Suite 201<br>Durango, CO 81301<br>970-247-4411 ex.3<br>rcd@dawesandharriss.com | DAVID F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>william.pharo@usdoj.gov<br><br>By: s/Nadia N. Sullivan<br>　　NADIA N. SULLIVAN<br>　　Special Assistant U. S. Attorney<br>　　Office of the General Counsel<br>　　Social Security Administration<br>　　1001 Seventeenth Street<br>　　Denver, CO 80202<br>　　Telephone: (303) 844-1949<br>　　nadia.sullivan@ssa.gov<br>　　Attorneys for Defendant. |