IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-2323-AP**

**ILEXIS FORMAN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

# ORDER

Kane, J.

Defendant's Unopposed Motion to Remand (doc. #16), filed February 22, 2011, is **GRANTED**. Plaintiff's Opposed Motion to Remand, Or In the Alternative, Objection to the Court Transcript Filed by Defendant and Motion to Supplement the Court Transcript (doc. #14), filed February 7, 2011 is denied as moot.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated: February 22, 2011.

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT