## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02323-AP

ILEXIS FORMAN,

                **Plaintiff,**

vs.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

                **Defendant.**

_____

## ORDER
_____

      This matter is before the court on Plaintiff's Unopposed Motion for Attorney Fees

Pursuant to the Equal Access to Justice Act (doc. #19), filed March 23, 2011.  The motion is

**GRANTED**.  It is

      **ORDERED** that Plaintiff is awarded EAJA attorney fees in the amount of **$2,845.00**, to

be made payable to Plaintiff, Ilexis Forman, and mailed to counsel of record.

      DATED this 25th  day of March, 2011.

                        BY THE COURT:


                        *s/John L. Kane*_____
                        U.S. District Court Judge